```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

DANA LAMB,

       Plaintiff,

vs.              Case No.  2:05-cv-48-FtM-33DNF

B&B GROCERY STORES, INC., a Florida
corporation doing business as U-
Save Supermarket,

       Defendant.
_____

**ORDER**

  This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. # 23), filed January 11, 2006, recommending that Plaintiff's Motion for Attorney's and Expert's Fees, Litigation Expenses and Costs (Doc. # 19) be GRANTED IN PART and DENIED IN PART, and the Court award $6254.00 in attorney's fees, $260.00 in costs, and $2087.73 in expert fees, for a total award of $8601.73.  No objections have been filed and the time to do so has expired.

  After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation is hereby **accepted** and Plaintiff is awarded $6254.00 in attorney's fees, $260.00 in costs, and $2087.73 in expert fees, for a total award of **$8601.73**.

**DONE AND ORDERED** at Fort Myers, Florida, this 26th day of January, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

-2-